Order issued: September 14, 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-01606-CV

### IN THE INTEREST OF B.E.V. AND B.J.V., MINOR CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-02-02060**

## ORDER

We **GRANT** appellant's August 31, 2012 unopposed motion for an extension of time to file

a reply brief. Appellant shall file his reply brief on or before September 19, 2012.


CAROLYN WRIGHT
CHIEF JUSTICE